UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-207-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LORENZO RUDY WILDER | ) | |

For good cause shown, the government's motion to seal its response to Defendant's sealed motion (DE 67) is hereby GRANTED.

SO ORDERED this __28th__ day of __September__, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge