UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN   DIVISION

NO. 5:09-CR-207-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LORENZO RUDY WILDER | |

On motion of the Defendant, Lorenzo Rudy Wilder, and for good cause shown, it is

hereby ORDERED that DE 75 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 9th day of May, 2019.


LOUISE WOOD FLANAGAN
United States District Judge